FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

09 SEP 29 PM 2:06

Michael Profitt
1034 South Jackson Street
Louisville, K.Y. 40203
**name of plaintiff(s)**

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

09 SEP 29 PM 2:06

Civil Case No. 3:09-CV-785-S

v.

Obama Barack - Central State Hospital  Louisville Riot
10510 Lagrange Rd                       600 West Broadway
Louisville, K.Y.                        Louisville, K.Y.
**name of defendant(s)**

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

   I had a visit over illegal Treasury Checks with Jim Clark U.S. Marshalls during the visit they admitted to Contract Murders at the visit in Jail CMDC Correctional Center Dr Doolye participation they said they work for Ask-Pinkerton & Alcada

2. Plaintiff, Michael J. Profitt - Organic Shoes - Rimely Time  Overlord   Delicate Import  resides at
   1034 South Jackson Street , Louisville
   **street address**                                       **city**
   U.S.A. - Thailand , K.Y. , 40203 , 859-858-8985
   **county**          **state**  **zip code**  **area code, phone number**

   (if more than one plaintiff, provide the same information for each plaintiff below):

   Michael Jacob Profitt The Second King of Thailand
   Rimely Time - Delicate Detail - Delicata Import
   Michael Tason Profit - Adopted Name with Mattie Sims or Williams
   Criminal Theft Connection with I.P.A. Wilmore, K.Y. Byron Williams

Riot - Illegal Voting -

3. Defendant, Obama Barack - Central State Hospital lives at, or its business is located at ~~500~~ 10510 Lagrange Rd, Louisville, Jeffersonville, KY, 40203.
   street address / city / county / state / zip code

(if more than one defendant, provide the same information for each defendant listed above):

Obama Barack - Pry Henry Lepoly Tex, FL, Sue Co, Michael Tom Petty ZZ Top Motley Crue Vience Niel Pamla Anderson Tom Cruise Mafia Gambino Byron Sims Wilmore II & III Christina Aguilera Slayer Metallica all Band Members Contract Murder local.

4. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

While at Central State Hospital 10510 Lagrange Rd. Voting occured evidence Illegal Voting is admitance of 911 Call & killed the dogs in Falmouth with 911 Call admitted Criminal Theft with Mike Profitt Etoll owner Exxon International all the band above are Criminal Theft all the people on the whole entire Television Movies Names of Television are Criminal Theft they use my Dis. Names from Criminal Report Also Killing people for cash with Ass Bin Ladan done Trade Center Bombing

5. Prayers for Relief (list what you want the Court to do):

   a. Check Hope Center D. Dodge Assault in Louisville connection. D. Dodge Admitted Illegally impower with Parade.
   b. Hope Center Contract Murder that accured Justin Hughes Murder & Illegal voting participate Gary Pike
   c. _____
   _____.
   d. _____
   _____.

6. Request for a Jury Trial    ✓
                              yes                    no

I (We) hereby certify under penalty that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this  09th  day of  29th  , 20 09.

Michael Tyson Proffitt The king legend
1079 South Jackson Street
Louisville K.Y 40203
(signature of plaintiff (s) )